# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 61 WAL 2019

          Respondent          :

                                       :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court

          v.                      :

                                       :

YASIN EL AMAN SHAKIR,           :

          Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.